IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:     *

RAILWORKS CORPORATION, *et al.*,     *    Case Nos. 01-6-4463-through 01-6-4485
                                                                     (Chapter 11)
                                                                     *    (Jointly Administered under
                                                                          Case No. 01-6-4463)

         Debtors.     *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### NOTICE OF MOTION FOR ORDER APPROVING REJECTION OF UNEXPIRED TRUCK LEASE AND SERVICE AGREEMENT WITH PUBLIC SERVICE TRUCK RENTING, INC.

**PLEASE TAKE NOTICE** that on July 26, 2002, L.K. Comstock & Co., Inc. ("Comstock"), a debtor and debtor in possession herein, filed its *Motion for Order Approving Rejection of Unexpired Truck Lease And Service Agreement with Public Service Truck Renting, Inc.* (the "Motion"), a copy of which accompanies this Notice. As set forth in the Motion, Comstock is seeking Court approval of its rejection of a certain truck lease and service agreement with Public Service Truck Renting, Inc. for the lease of one 1997 International 4700 truck, based on its conclusion that the leased property does not benefit Comstock, its estate, or its creditors. The proposed Order granting the requesting relief accompanies the Motion.

ANY PARTY IN INTEREST WISHING TO OPPOSE THE MOTION MUST FILE AN OBJECTION IN WRITING, SPECIFICALLY STATING THE FACTUAL AND LEGAL NATURE OF THE OBJECTION WITH THE CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND, U.S. COURTHOUSE, 101 WEST LOMBARD STREET, BALTIMORE, MARYLAND 21201, AND UPON THE UNDERSIGNED, ON OR BEFORE <u>AUGUST 15, 2002</u> AT <u>5 P.M.</u> EASTERN TIME.

### NOTICE PURSUANT TO LOCAL RULE 6006-1(a)

Notice is hereby given, pursuant to Local Rule 6006-1(a), that the Court may rule upon the request without a hearing if there is no timely request for a hearing.



PARTIES IN INTEREST WITH QUESTIONS REGARDING THE MOTION MAY CONTACT UNDERSIGNED COUNSEL.

Dated: July 26, 2002
Baltimore, Maryland

**WHITEFORD, TAYLOR & PRESTON LLP**

*Carol L. Hoshall*
Martin T. Fletcher, #07608
Karen H. Moore, #10510
Carol L. Hoshall, #05417
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202
(410) 347-8700

Co-counsel for Debtor L.K. Comstock & Co., Inc.

*1437595*